**In re: Steven DINEEN, Petitioner.**

**No. 12–2956.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Sept. 20, 2012.

Opinion filed: Oct. 2, 2012.

Steven Dineen, Fairton, NJ, pro se.

Ilana H. Eisenstein, Esq., Office of United States Attorney, Wilmington, DE, for Respondent.

Before: McKEE, Chief Judge and ALDISERT and GARTH, Circuit Judges.

### OPINION

PER CURIAM.

Steven Dineen filed this *pro se* mandamus petition requesting that we direct the District Court to act on his pending § 2255 motion. Subsequent to that filing, however, the District Court issued an order dismissing the § 2255 motion. Dineen's request for a writ of mandamus is, therefore, moot. *See Blanciak v. Allegheny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that ... prevent a court from being able to grant the requested relief, the case must be dismissed as moot."); *see also In re Austrian, German Holocaust Litigation,* 250 F.3d 156, 162–63 (2d Cir.2001) (mandamus petition requesting that the court of appeals compel district court action generally may be dismissed as moot upon the district court's entry of a final order).

Accordingly, we will dismiss this petition for writ of mandamus.